IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY D. RICHMOND**                                                    **PLAINTIFF**

v.                    **CASE NO. 4:24-CV-00032-BSM**

**OFFICE OF CHILD SUPPORT ENFORCEMENT,** *et al.*          **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of January, 2024.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE